UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) Magistrate Judge Case No.
) 05m-1066-JGD
JOHN GUIERRIERO )

### AFFIDAVIT

I, Kevin Roach, Deputy Marshal of the United States Marshals Service, do hereby make oath before Judith G. Dein, United States Magistrate Judge for the District of Massachusetts, that in my official capacity I was advised of the existence of a warrant for the arrest of John Geurriero. Said warrant was issued on March 7, 2005 in the District of New Hampshire for violations of the terms of his supervised release. I do hereby make oath that on March 8, 2005 I executed said warrant by arresting John Guerrriero in the District of Massachusetts.

KEVIN ROACH
Deputy Marshal
United States Marshals Service

Subscribed and sworn to before me this 8th day of March 2005.

JUDITH G. DEIN
U.S. Magistrate Judge
District of Massachusetts