# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

05m-1066-JGD

v.

Case Number: CR. 95-133-01-PB

John Guerriero

## WARRANT FOR ARREST

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest John Guerriero and bring him forthwith to the nearest magistrate judge to answer a Petition charging him with

Violations of Conditions of Supervised Release. *See* Petition attached.

ISSUED BY:

DATE: March 7, 2005

Maryanne Michaelis
Deputy Clerk

*Certified to be a true copy
James R. Starr, Clerk
By: Maryanne Michaelis
Deputy Clerk*

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |