# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA )
)
)
)
V. )  Case Number: 05m-1066-JGD
)  Charging District No. 95-133-01-PB
John Guerriero )
        Defendant. )

## COMMITMENT TO ANOTHER DISTRICT

**DEIN, U.S.M.J.**                                                                 **March 8, 2005**

    The defendant is charged with a violation of Title <u>18</u> U.S.C. <u>3142 (c)</u> alleged to have been committed in the District of <u>New Hampshire</u>.

Brief Description of Charge(s):   Violation of Conditions of Supervised Release

The defendant has been unable to obtain release under the bail Reform Act of 1984, 18, U.S.C. §3141-3143.

    TO:   THE UNITED STATES MARSHAL

    You hare hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

Date   March 8, 2005                                      *Judith Gail Dein*
                                                     UNITED STATES MAGISTRATE JUDGE

| RETURN | | |
|---|---|---|
| THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS: | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |